UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE SEMINOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNG HONG, a/k/a LAWRENCE HONG, and YOUNG HONG, a married couple; HYO HONG, a single woman; and H & H GROUP, INC., a Washington corporation,<br><br>    Defendants. | CASE NO. C06-149RSM<br><br>ORDER ON MOTION FOR SUMMARY JUDGMENT |

    This matter is before the Court for consideration of defendant Hyo Hong's motion for summary judgment. Dkt. # 56. Defendant asserts that she is entitled to summary judgment because plaintiff did not timely respond to her discovery requests. In opposition, plaintiff asserts that the parties agreed to hold discovery in abeyance pending efforts to settle the matter, but that his responses have now been provided. Defendant has not filed a reply to contradict plaintiff's representations.

    Summary judgment should be rendered only "if the pleadings, discovery and disclosure material on file, and any affidavits show there is no genuine issue as to any material fact and that the movant is entitled to a judgment as a matter of law." F.R.Civ.P. 56(c). Defendant has filed no affidavits, exhibits, or other evidence to demonstrate the absence of any factual issues. The motion cannot be treated as one for summary judgment. Instead, it is a premature motion for sanctions for failure to comply with

ORDER - 1

discovery requests. F.R.Civ.P. 37(b)(2)(A). The motion is premature because defendant never moved to compel the responses, so no Court order is in place. *Id.* The sanction of dismissal is available only for failure to comply with a Court order. F.R.Civ.P. 37(b)(2)(A)(v). Further, it appears that plaintiff has now provided his responses. Defendant Hyo Hong's motion for summary judgment of dismissal is accordingly DENIED.

DATED this 21 Day of April 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2