1          The Honorable Ricardo S. Martinez

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                           AT SEATTLE

8    WAYNE SEMINOFF,                          NO. CV-06-00149-RSM

9              Plaintiff,                     DECLARATION OF MICHAEL I.
                                              WHITE IN SUPPORT OF YOUNG
10        v.                                  RAN KIM'S, F/K/A YOUNG HONG,
                                              MOTION FOR RELIEF FROM
11   SUNG HONG, a/k/a LAWRENCE HONG, and      JUDGMENT
     YOUNG HONG, a married couple, HYO
12   HONG, a single woman, and H & H GROUP,
     INC., a Washington corporation,          NOTE ON MOTION CALENDAR:
13
               Defendants.                    FEBRUARY 11, 2011
14

15        I, Michael I. White, hereby declare that that I am over the age of 18 years and have

16   personal knowledge of the matters stated below.

17        1.      I am an attorney with Williams, Kastner & Gibbs PLLC, one of the attorneys for

18   defendant Young Ran Kim, formerly known as Young Hong.

19        2.      I contacted plaintiff Wayne Seminoff on January 31, 2011.  I asked him if he

20   would stipulate to an order clarifying that the judgment of June 23, 2009, was against

21   Mr. Hong only.  He declined, stating, "there has to be money changing hands before I agree to

22   anything."

23        ///

24        ///

25

DECLARATION OF MICHAEL I. WHITE IN SUPPORT OF          **Williams, Kastner & Gibbs PLLC**
YOUNG RAN KIM'S, F/K/A YOUNG HONG, MOTION FOR          601 Union Street, Suite 4100
RELIEF FROM JUDGMENT - 1                               Seattle, Washington 98101-2380
(CV-06-00149-RSM)                                      (206) 628-6600

3063610.1

1    The foregoing statement is made under penalty of perjury under the laws of the United

2    States of America and the State of Washington and is true and correct.

3         Signed at Seattle, Washington, this 1st day of February, 2011.

4                                              s/Michael I. White
                                               Michael I. White, WSBA #35409
5                                              Attorneys for Defendant Young Ran Kim,
                                               formerly known as Young Hong
6                                              WILLIAMS, KASTNER & GIBBS PLLC
                                               601 Union Street, Suite 4100
7                                              Seattle, WA  98101-2380
                                               Telephone:  (206) 628-6600
8                                              Fax:  (206) 628-6611
                                               Email:  mwhite@williamskastner.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MICHAEL I. WHITE IN SUPPORT OF          **Williams, Kastner & Gibbs PLLC**
YOUNG RAN KIM'S, F/K/A YOUNG HONG, MOTION FOR          601 Union Street, Suite 4100
RELIEF FROM JUDGMENT - 2                               Seattle, Washington 98101-2380
(CV-06-00149-RSM)                                      (206) 628-6600

3063610.1

1

CERTIFICATE OF SERVICE

2
      I hereby certify that on the 1st day of February, 2011, I electronically filed the

3
foregoing with the Clerk of the Court using the CM/ECF system, and a copy of which was

4
delivered via U.S. Mail to the following:

5
Wayne Seminoff
PO Box 956

6
Kirkland, WA  98083
*Plaintiff Pro Se*

7

8
      DATED this 1st day of February, 2011.

9
                                                            s/Mark S. Davidson
                                                            Mark S. Davidson, WSBA #06430

10
                                                            Michael I. White, WSBA #35409
                                                            Attorneys for Defendant Young Ran Kim,

11
                                                            formerly known as Young Hong
                                                            WILLIAMS, KASTNER & GIBBS PLLC

12
                                                            601 Union Street, Suite 4100
                                                            Seattle, WA  98101-2380

13
                                                            Telephone:  (206) 628-6600
                                                            Fax:  (206) 628-6611

14
                                                            Email:  mdavidson@williamskastner.com
                                                                    mwhite@williamskastner.com

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MICHAEL I. WHITE IN SUPPORT OF
YOUNG RAN KIM'S, F/K/A YOUNG HONG, MOTION FOR
RELIEF FROM JUDGMENT - 3
(CV-06-00149-RSM)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3063610.1