UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE SEMINOFF, a single man<br><br>Plaintiff,<br><br>v.<br><br>SUNG HONG, a/k/a LAWRENCE HONG, and YOUNG HONG, a married couple, HYO HONG, a single woman, and H & H GROUP, INC., a Washington corporation,<br><br>Defendants. | CASE NO. C06-0149 RSM<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court on Defendant Young Ran Kim's (f/k/a Young Hong) Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60(a) and 60(b). Under Rule 60(a), a court may correct a clerical mistake or an omission. Defendant contends that this Court made a mistake by entering Judgment (Dkt. #65) as to Defendant Young Ran Kim because the Court approved a stipulated Judgment solely between Plaintiff and Defendant Sung Hong. However, the Judgment against Defendant Young Ran Kim was proper because this Court had already entered an Order of Default (Dkt. #38) against her. Defendants failed to enter a notice of

1 appearance on or before November 3, 2006, after they were directed to do so in the Order
2 Granting Motion to Withdraw as Counsel (Dkt. #23).  Therefore, it is not relevant that Defendant
3 Young Ran Kim was not involved in the stipulated Judgment.
4       Defendant also contends that Rule 60(b)(5) and (6) may justify relief from judgment
5 where, respectively, "applying [the judgment] prospectively is no longer equitable; or any other
6 reason that justifies relief."  However, Defendant has cited no case law or other authority that
7 supports the proposition that a person should not be liable for the debts or obligations incurred by
8 a spouse during the course of a marriage in Washington.

10   (1) Defendant is hereby ORDERED to SHOW CAUSE why her Rule 60(b)(5) or (6) Motion
11      should not be dismissed.
12   (2) Defendant must respond within three weeks of the date of this Order.

14       Dated April 4, 2011.

18                             RICARDO S. MARTINEZ
19                             UNITED STATES DISTRICT JUDGE