The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE SEMINOFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNG HONG, a/k/a LAWRENCE HONG, and YOUNG HONG, a married couple, HYO HONG, a single woman, and H & H GROUP, INC., a Washington corporation,<br><br>　　　　　Defendants. | NO. CV-06-00149-RSM<br><br>STIPULATION FOR AND ORDER VACATING DEFAULT AND JUDGMENT ENTERED AGAINST YOUNG HONG AND DISMISSING ALL CLAIMS AGAINST YOUNG HONG |

## STIPULATION

Pursuant to a Settlement Agreement dated as of April 21, 2011, plaintiff Wayne Seminoff and defendant Young Hong, presently known as Young Ran Kim, have settled all disputes between them related to this lawsuit, and they hereby stipulate and agree to the Court's entry of the subjoined order vacating the default and default judgment entered against Young Hong in this matter and dismissing all claims alleged against her herein.

DATED this 28 day of April, 2011.

STIPULATION FOR AND ORDER VACATING DEFAULT AND
JUDGMENT ENTERED AGAINST YOUNG HONG AND
DISMISSING ALL CLAIMS AGAINST YOUNG HONG - 1
(CV-06-00149-RSM)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3136383.1

| | |
|---|---|
| 1 | |
| 2 | _(signature)_ |
| | Wayne Seminoff, Plaintiff, pro se |
| 3 | Wayne Seminoff |
| | P.O. Box 956 |
| 4 | Kirkland, Washington, 98083 |

s/Mark S. Davidson
_____
Mark S. Davidson, WSBA #06430
Michael I. White, WSBA #35409
Attorneys for Defendant Young Ran Kim,
formerly known as Young Hong
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: mdavidson@williamskastner.com
         mwhite@williamskastner.com

## ORDER

THIS MATTER having come before this Court on the stipulation of the plaintiff and the defendant Young Hong, whose current name is Young Ran Kim, and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the Order of Default entered against defendant Young Hong on or about December 5, 2007 and the Judgment entered against Young Hong on or June 23, 2009, shall be and hereby are VACATED; it is further

ORDERED, ADJUDGED AND DECREED that all claims alleged herein against defendant Young Hong are hereby DISMISSED with prejudice and without costs to any party.

DATED this ____ day of _____, 2011.

_____
JUDGE RICARDO S. MARTINEZ

STIPULATION FOR AND ORDER VACATING DEFAULT AND
JUDGMENT ENTERED AGAINST YOUNG HONG AND
DISMISSING ALL CLAIMS AGAINST YOUNG HONG - 2
(CV-06-00149-RSM)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3136383.1

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy of which was delivered via email and U.S. Mail to:

Wayne Seminoff
PO Box 956
Kirkland, WA 98083
wayne@isomedia.com
*Plaintiff Pro Se*

DATED this 29th day of April, 2011.

    s/Mark S. Davidson
    Mark S. Davidson, WSBA #06430
    Michael I. White, WSBA #35409
    Attorneys for Defendant Young Ran Kim,
    formerly known as Young Hong
    WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: (206) 628-6600
    Fax: (206) 628-6611
    Email: mdavidson@williamskastner.com
           mwhite@williamskastner.com

STIPULATION FOR AND ORDER VACATING DEFAULT AND JUDGMENT ENTERED AGAINST YOUNG HONG AND DISMISSING ALL CLAIMS AGAINST YOUNG HONG - 3
(CV-06-00149-RSM)

3136383.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600