UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WAYNE SEMINOFF,

    Plaintiff,

v.

SUNG HONG a/k/a LAWRENCE HONG and YOUNG HONG, a married couple; HYO HONG, a single woman; and H & H GROUP, INC., a Washington corporation,

    Defendants.

CASE NO. C06-149 RSM

ORDER EXTENDING JUDGMENT ADDITIONAL TEN YEARS (RCW 6.17.020(3))

JUDGMENT SUMMARY

Judgment Creditor:    Wayne Seminoff

Judgment Debtor:    Sung Hong, a/k/a Lawrence Hong

Amount of Original Judgment:    $655,834.00
Interest: n/a (interest waived)
Additional Court Costs:    +    .00
**Total Judgment:**    **$ 655,834.00**

The court having considered the evidence and being fully advised in the premises; now therefore:

ORDER EXTENDING JUDGMENT
ADDITIONAL TEN YEARS - 1
CASE NO. C06-149RSM
#1254085 v1 / 72190-004

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  IT IS ORDERED that the June 23, 2009 judgment is renewed as set forth in the Judgment
2  Summary above.
3  DATED this 19th day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Paul Richard Brown
Paul Richard Brown, WSBA 19357

ORDER EXTENDING JUDGMENT
ADDITIONAL TEN YEARS - 2
CASE NO. C06-149RSM
#1254085 v1 / 72190-004

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100